## MASON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 55, September Term, 1961.]

*Decided July 10, 1962.*

Before the full Court.

PER CURIAM.

This is an application for leave to appeal under the U.P.C.P.A. The order of the trial court denying relief and dismissing applicant's petition was filed December 15, 1961, and this application for leave to appeal was not filed until the 1st of February, 1962. Consequently, it must be denied.

*Application denied.*